**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-7612

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CLESHON JOAQUIN MACK,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Senior District Judge.  (4:04-cr-00582-TLW-1)

Submitted:  August 18, 2022                     Decided:  September 8, 2022

Before MOTZ and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cleshon Joaquin Mack, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleshon Joaquin Mack appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Mack's motion.  *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (providing standard).  Accordingly, we affirm.  *United States v. Mack*, No. 4:04-cr-00582-TLW-1 (D.S.C. Oct. 27, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
